UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Frankfort)

| | | |
|---|---|---|
| AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY, INC., | ) ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 3: 08-58-DCR |
| V. | ) ) | |
| TODD HOLLENBACH, in his Official Capacity as Treasurer of the Commonwealth of Kentucky, | ) ) ) ) | **JUDGMENT** |
| Defendant. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

Pursuant to Rule 58 of the Federal Rules of Civil Procedure, and in accordance with the Memorandum Opinion and Order entered this date, it is hereby

**ORDERED** and **ADJUDGED** as follows:

(1)    Judgment is entered in favor of Defendant Todd Hollenbach, in his official capacity as Treasurer of the Commonwealth of Kentucky, with respect to all claims asserted herein by Plaintiff American Express Travel Related Services Company, Inc.

(2)    All claims having been resolved, this action is **DISMISSED** and **STRICKEN** from the Court's docket.

(3)    This is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for delay.

-1-

This 12th day of September, 2012.



Signed By:

*Danny C. Reeves*

United States District Judge